# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158068(71)(73)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TYKEITH L. TURNER,
      Defendant-Appellant.

_____/

SC: 158068
COA: 336406
Wayne CC: 95-010246-FC

On order of the Chief Justice, the motion of Patrick Neil Kinney to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 5, 2019, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before October 11, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2019



Clerk